| | |
|---|---|
| **HERRRICK, FEINSTEIN LLP**<br>Two Park Avenue<br>New York, New York 10022-4728<br>Joshua J. Angel<br>Frederick E. Schmidt, Jr.<br>Telephone: (212) 592-1400<br>Facsimile: (212) 592-1500<br>jangel@herrick.com<br>eschmidt@herrick.com | **BEASLEY HAUSER KRAMER**<br>**& GALARDI, P.A.**<br>505 South Flagler Drive, Suite 1500<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-0900<br>Facsimile: (561) 835-0939<br><br>**BLACKNER, STONE & ASSOCIATES**<br>123 Australian Avenue<br>Palm Beach, Florida 33480<br>Telephone: (561) 659-5754<br>Facsimile: (561) 659-3184 |

Attorneys for A & G Goldman Partnership and Pamela Goldman, Individually and on behalf of similarly situated classes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that A & G Goldman Partnership and Pamela Goldman, Individually and on behalf of similarly situated classes, by their undersigned attorneys, hereby appeal pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York, from the *Bench Memorandum Decision and Order Denying Motion of Picower Class Action*

*Plaintiffs for a Determination That the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties Is Not Prohibited by a Permanent Injunction Issued By This Court or Violative of the Automatic Stay* [Docket No. 4900] (the "Order") of the Honorable Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York, entered on June 20, 2012.

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys as follows:

| **PARTIES** | **ATTORNEYS** |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>Attn: David J. Sheehan<br>Deborah H. Renner<br>Tracy L. Cole<br>Keith R. Murphy<br>Marc Skapof<br>Amy E. Vanderwal<br>Matthew J. Moody<br>George Klidonas<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201 |

- 3 -

| | |
|---|---|
| A & G Goldman Partnership<br>Individually and on behalf of a similarly situated class | Herrick, Feinstein LLP<br>Attn.: Joshua J. Angel<br>Frederick E. Schmidt, Jr.<br>2 Park Avenue<br>New York, NY 10016<br>Tel:  (212) 592-1400<br>Fax:  (212) 592-1500<br><br>        -and-<br><br>Beasley Hauser Kramer & Galardi, P.A.<br>Attn:  James W. Beasley, Jr.<br>Joseph G. Galardi<br>505 South Flagler Drive, Suite 1500<br>West Palm Beach, FL 33401<br><br>        -and-<br><br>Blackner, Stone & Associates<br>Attn:  Lesley Blackner<br>123 Australian Avenue<br>Palm Beach, FL 33480<br>Tel:  (561) 659-5754<br>Fax:  (561) 659-3184 |
| Pamela Goldman<br>Individually and on behalf of a similarly situated class | Herrick, Feinstein LLP<br>Attn.: Joshua J. Angel<br>Frederick E. Schmidt, Jr.<br>2 Park Avenue<br>New York, NY 10016<br>Tel:  (212) 592-1400<br><br>        -and-<br><br>Beasley Hauser Kramer & Galardi, P.A.<br>Attn:  James W. Beasley, Jr.<br>Joseph G. Galardi<br>505 South Flagler Drive, Suite 1500<br>West Palm Beach, FL 33401<br><br>        -and- |

HF 7491649v.1 #15628/0001

          Blackner, Stone & Associates
          Attn:  Lesley Blackner
          123 Australian Avenue
          Palm Beach, FL 33480
          Tel:  (561) 659-5754
          Fax:  (561) 659-3184

Dated: New York, New York
       July 3, 2012

          HERRICK, FEINSTEIN LLP

          Respectfully submitted,

      By:    */s/  Joshua J. Angel*
              Joshua J. Angel
              Frederick E. Schmidt, Jr.
              Two Park Avenue
              New York, NY 10016
              (212) 592-1400
              jangel@herrick.com
              eschmidt@herrick.com

          *Attorneys for A & G Goldman Partnership and Pamela Goldman*