Furman, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

Case No. 1:12-CV-06109-JMF

(Bankruptcy Appeal)

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE

    WHEREAS, on July 3, 2012, Pamela Goldman and A & G Goldman Partnership (collectively, the "Appellants") filed a Notice of Appeal of the Order of the United States Bankruptcy Court for the Southern District of New York dated June 20, 2012; and

    WHEREAS, the above-captioned appeal was docketed by the United States District Court for the Southern District of New York (the "Court") on August 16, 2012; and

    WHEREAS, pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the default deadline for the filing of the Appellants' brief on appeal (the "Appellant's Brief") would be August 30, 2012, which is 14 days after entry of the appeal on the docket by the Court; and

    WHEREAS, pursuant to Bankruptcy Rule 8009(a)(2) the default deadline for the filing of the brief (the "Appellee's Brief") of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (the "Appellee") would be 14 days following service of the Appellant's Brief; and

WHEREAS, pursuant to Bankruptcy Rule 8009(a)(3), the default deadline for the filing of the Appellant's reply brief (the "Reply Brief") would be due within 14 days after service of the Appellee's Brief; and

WHEREAS, pursuant to the Rule 4(D) of the Individual Rules of Practice in Civil Cases of the Honorable ~~Jesse M. Furman~~ RICHARD SULLIVAN, United States District Judge, counsel may extend the briefing deadlines contained in Bankruptcy Rule 8009 by stipulation submitted to the Court no later than two business days before the relevant brief is due; and

WHEREAS, the Appellant and Appellee are desirous of extending the default briefing deadlines contained in Bankruptcy Rule 8009;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for their respective parties, as follows:

1. The deadline for the filing of the Appellant's Brief shall be September 14, 2012.

2. The deadline for the filing of the Appellee's Brief shall be October 12, 2012.

3. The deadline for the filing of the Reply Brief shall be October 26, 2012.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
~~September~~ 24, 2012
August

HERRICK, FEINSTEIN LLP
*Counsel to Appellants*

Joshua J. Angel
Frederick E. Schmidt, Jr.
2 Park Avenue
New York, New York 10016
Tel.: 212-592-1400
Fax: 212-592-1500
jangel@herrick.com
eschmidt@herrick.com

BAKER & HOSTETLER LLP
*Counsel to Appellee*

David Sheehan
Keith R. Murphy
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel.: 212-589-4200
Fax: 212-589-4201
dsheehan@bakerlaw.com
kmurphy@bakerlaw.com

SO ORDERED:

_____
Hon. Jesse M. Furman
United States District Judge

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
9/10/12

3