UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-13

SECURITIES INVESTOR PROTECTION CORPORATION,

          Plaintiff,

-v-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

          Defendant.

In re:

BERNARD L. MADOFF,

          Debtor.

No. 12 Civ. 6109 (RJS)

(Bankruptcy Appeal)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear for oral argument on September 24, 2013 at 2:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Each side shall have thirty minutes to argue and shall focus argument on whether there is a meaningful distinction between this action and *Fox v. Picard*, 848 F. Supp. 2d 469 (S.D.N.Y. 2012), *appeal docketed*, No. 12-1645 (2d Cir. Apr. 24, 2012), that would justify a different outcome. Each side shall also be prepared to answer any questions the Court may have about other issues in the appeal.

SO ORDERED.

DATED:    September 18, 2013
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE